**DISMISS and Opinion Filed April 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00418-CV

**MARILYN GORAN, Appellant**
**V.**
**JITENDRA RAJPAL, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-03581**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's April 10, 2015 motion to voluntarily dismiss the appeal.

Appellant has informed the Court that she no longer desires to pursue the appeal. Accordingly,

we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

150418F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MARILYN GORAN, Appellant

No. 05-15-00418-CV        V.

JITENDRA RAJPAL, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. 10-03581.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered April 17, 2015.